# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| Adam M. Peters, | ) | Civil Action No. 1:15-cv-02012-JFM |
| Plaintiff | ) | |
| Vs. | ) | |
| Great Lakes Higher Education Servicing Corp., | ) | |
| Defendant | ) | |

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that the above named Plaintiff and Defendant have settled this action on all issues. The parties have filed a STIPULATION of DISMISSAL with this Notice of Settlement. Plaintiff with Defendant's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Adam M. Peters

3745 Maple Crest Drive

Knoxville, MD 21758

*Pro Se Plaintiff*